No. 10–7910. TERRAGNA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–7914. MAINOR *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–7915. MYERS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–7921. GUERRA RODRIGUEZ ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–7923. SPEARS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 10–7929. DIXON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–7933. KINSELLA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 10–7935. COUSINS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–7936. SEAY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–7938. LEBRON-ORTIZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 10–7940. MORALES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–7943. LIPSCOMB *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–7945. WEST *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–7947. LIANG YANG *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–7948. STANFORD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–7951. JOHNSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.